UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 2:08-CR-163-JCM (GWF) |
| DEANDRE PATTON, | ) ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On May 3, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2 (b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and (3) and Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant DEANDRE PATTON guilty of criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant DEANDRE PATTON was found guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on June 14, 2010, June 21, 2010, and June 28, 2010, in the Las Vegas Review-Journal/Sun; and via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 17, 2010 through June 15, 2010, further notifying all known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court.

. . .

The United States served all known third party petitioners by personal service or by regular mail and certified mail return receipt requested:

    a.    Kelly Carn, 6560 Spencer Street, #A3, Las Vegas, Nevada 89119 by personal service on July 21, 2010, by the United States Marshals Service.

    b.    Bradley Moore, 6765 Tulip Falls Drive, #1112, Henderson, Nevada 89011 by personal service on November 1, 2010, by the United States Marshals Service.

    c.    Roderick Jones, Register # 42823-048, FCI LaTuna, Federal Correctional Institute, P.O. Box 3000, Anthony, Texas, 88021, was served on July 21, 2010, by regular mail and certified mail. The certified mail was signed on July 26, 2010.

    d.    John Matsubayashi, 2314 West 166th Street, Torrance, California, 90504, was served on July 21, 2010, by regular mail and certified mail. The certified mail was signed on July 23, 2010.

PETITIONS:

On August 4, 2010, Kelly Carn signed a Petition, Stipulation for Return of Property, and Order. The United States filed Kelly Carn's Petition, Stipulation for Return of Property, and Order on September 8, 2010. On September 13, 2010, Kelly Carn's Petition, Stipulation for Return of Property, and Order was entered.

On November 5, 2010, Bradley Moore signed a Petition, Stipulation for Return of Property, and Order. On November 9, 2010, Bradley Moore's Petition, Stipulation for Return of Property, and Order was entered.

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no other petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

. . .

1    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and (3) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a)    a .357 Ruger revolver (serial number 570-92932);

    b)    a Walther .45 caliber pistol (serial number 003925W993);

    c)    .45 caliber Olympic Arms pistol (serial number S7805);

    d)    a 12-gauge Mossberg shotgun (serial number P900915);

    e)    five rounds of 12-gauge Mossberg shotgun ammunition;

    f)    a Springfield Armory .45 caliber pistol (serial number N347237); and

    g)    any firearm or ammunition involved in or used in any knowing violation of the criminal charges of the indictment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 17th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE