# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:08-CR-163 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| CHRISTOPHER SANGALANG, et al., | |
| Defendant(s). | |

Presently before the court is the case of *United States of America v. Sangalang et al.,* case number 2:08-cr-00163-JCM-GWF.

On January 22, 2016, the parties filed a joint stipulation for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). (Doc. # 694). The parties have reached an agreement concerning a discretionary sentence reduction for defendant Deandre Patton.

Included in the joint stipulation is a declaration from the defendant consenting to the entry of an amended sentence and setting forth the appropriate waivers. (Doc. # 694). The joint stipulation also contains a certification by defense counsel that counsel has communicated with the defendant and that the defendant consents to the proposed resolution. (*Id.*) Finally, the joint stipulation sets forth the amended guidelines sentencing range as calculated by the parties and an agreement to a particular sentence. (*Id.*)

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties' joint stipulation (doc. # 694) be, and the same hereby is, GRANTED. Defendant Deandre Patton shall receive the agreed upon sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant's sentence of imprisonment on counts one and two is reduced to 120 months' imprisonment (for a total sentence of 180 months). All other provisions of the judgment dated December 22, 2010, are to remain in effect.

DATED January 26, 2016.

_____
UNITED STATES DISTRICT JUDGE