UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-163 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| CHRISTOPHER SANGALANG, et al., | |
| Defendant(s). | |

Presently before the court is Deandre Patton's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (ECF No. 716). That statute states that "[u]nless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief, the court shall cause notice thereof to be served upon the United States attorney." 28 U.S.C. § 2255(b).

The court finds that a government response is appropriate here, particularly with respect to the contents of footnote two of the motion. (ECF No. 716 at 3).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government shall have twenty-eight (28) days from the date of this order to submit a response to the present motion.

IT IS FURTHER ORDERED that petitioner shall have fourteen (14) days from the submission date of the government's response wherein to file a reply.

DATED April 18, 2017.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge