

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-163-JCM-(GWF) |
| Plaintiff, | |
| v. | Amended Final Order of Forfeiture |
| DEANDRE PATTON, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and (3) with Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant Deandre Patton guilty of the criminal offenses, forfeiting specific property set forth in the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant Deandre Patton was found guilty. Criminal Indictment, ECF No. 37; Minutes of Jury Trial, ECF No. 484; Verdict Form, ECF No. 486; Preliminary Order of Forfeiture, ECF No. 507.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law on June 14, 2010, June 21, 2010, and June 28, 2010, in the Las Vegas Review-Journal/Sun; and via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from May 17, 2010, through June 15, 2010, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 520.

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF Nos. 534, 535, 536, 537, and 546.

On July 21, 2010, the United States Marshals Service personally served Kelly Carn with copies of the Preliminary Orders of Forfeiture, the Notice, and the Petition, Stipulation for Return of Property and Order. Notice of Filing Service of Process as to Kelly Carn, ECF No. 534.

On August 23, 2010, the United States Marshals Service attempted to personally serve Bradley Moore with copies of the Preliminary Orders of Forfeiture, the Notice, and the Petition, Stipulation for Return of Property and Order. Notice of Filing Service of Process as to Bradley Moore, ECF No. 535.

On July 21, 2010, the United States Marshals Service served Roderick Jones by regular mail and certified mail return receipt requested with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process as to Roderick Jones, ECF No. 536.

On July 21, 2010, the United States Marshals Service served John Matsubayashi by regular mail and certified mail return receipt requested with copies of the Preliminary Orders of Forfeiture, the Notice, and the Petition, Stipulation for Return of Property and Order. Notice of Filing Service of Process as to John Matsubayashi, ECF No. 537.

On November 1, 2010, the United States Marshals Service personally served Bradley Moore with copies of the Preliminary Orders of Forfeiture, the Notice, and the Petition, Stipulation for Return of Property and Order. Notice of Filing Service of Process as to Bradley Moore, ECF No. 546.

On September 8, 2010, the United States filed the Petition, Stipulation for Return of Property and Order as to Kelly Carn (ECF No. 533). On September 13, 2010, the Court granted the Stipulation for Return of Property and Order as to Kelly Carn (ECF No. 538).

On November 5, 2010, the United States filed the Petition, Stipulation for Return of Property and Order as to Bradley Moore (ECF No. 547). On November 9, 2010, the Court granted the Petition, Stipulation for Return of Property and Order as to Bradley Moore (ECF No. 551).

This Court finds no other petition were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a) a .357 Ruger revolver (serial number 570-92932);

    b) a Walther .45 caliber pistol (serial number 003925W993);

    c) .45 caliber Olympic Arms pistol (serial number S7805);

    d) a 12-gauge Mossberg shotgun (serial number P900915);

    e) Five rounds of 12-gauge Mossberg shotgun ammunition;

    f) a Springfield Armory .45 caliber pistol (serial number N347237); and

    g) Any firearm or ammunition involved in or used in any knowing violation of the criminal charges of the indictment

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law and stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 16th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE